IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-02935-AP

Vickie L. Wyche,

    Plaintiff,

v.

Carolyn W. Colvin,
Acting Commissioner of Social Security,
    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:

Frederick W. Newall
Attorney
730 N. Weber, #101
Colorado Springs, CO 80903
(719) 633-5211
(719) 635-6503 (facsimile)
fnewall@qwestoffice.net

<u>For Defendant</u>:

John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado
J.B.Garcia@usdoj.gov

Alexess D. Rea
Special Assistant United States Attorney
1961 Stout, Suite 4169
Denver, Colorado 80294-4003
303-844-7101
303-844-0770 (facsimile)
Alexess.rea@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:** October 28, 2013

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** November 12, 2013

    C.    **Date Answer and Administrative Record Were Filed:** February 7, 2014

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state that, to the best of their knowledge, the record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate any additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not appear to raise unusual claims or defenses.

**7. OTHER MATTERS**

The parties are not aware of any other matters.

**8. BRIEFING SCHEDULE**

    **A.**    **Plaintiff's Opening Brief Due:** April 8, 2014
    **B.**    **Defendant's Response Brief Due**: May 8, 2014
    **C.**    **Plaintiff's Reply Brief (If Any) Due:** May 23, 2014

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement:** Plaintiff does not request oral argument.

    **B.**    **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice*.

    **A.**    **(  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

***The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.***

DATED this 27th day of February, 2014.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

John F. Walsh
United States Attorney

s/ Frederick W. Newall
Frederick W. Newall
Attorney
730 N. Weber, #101
Colorado Springs, CO 80903
(719) 633-5211
(719) 635-6503 (facsimile)
fnewall@qwestoffice.net

Attorney for Plaintiff

**By:** s/ *Alexess D. Rea*
Alexess D. Rea
Special Assistant U.S. Attorney
1961 Stout St., Suite 4169
Denver, CO 80294-4003
(303) 844-7101
(303) 844-0770 (facsimile)
alexess.rea@ssa.gov

Attorneys for Defendant